# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

**UNITED STATES OF AMERICA,**

                Plaintiff,

  v.                                  **Case No.** 23-MJ-00096-LMC

**LAURO OLIVARES-REBOLLAR,**

                Defendant.

## **MOTION FOR CONTINUANCE**

The United States of America, by and through its undersigned counsel, moves this Court for a continuance of the detention hearing for Defendant, pursuant to 18 U.S.C. § 3142(f). A continuance of three days is requested.

                                                      Respectfully submitted,

                                                      TERESA A. MOORE
                                                      United States Attorney
                                                      Western District of Missouri

                                     By   *Byron H. Black*
                                                      Byron H. Black
                                                      Assistant United States Attorney
                                                      Minnesota Bar No. 0395274
                                                      Charles Evans Whittaker Courthouse
                                                      400 East Ninth Street, Suite 5510
                                                      Kansas City, Missouri 64106
                                                      Telephone: (816) 426-3122

**CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that a copy of the foregoing was delivered on August 7, 2023, to the CM-ECF system of the United States District Court for the Western District of Missouri, and a copy of the foregoing will be hand-delivered to the defendant at his first appearance before a judicial officer.

                                        */s/ Byron H. Black*
                                        Byron H. Black
                                        Assistant United States Attorney