IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 23mj00096-LMC |
| ) | |
| LAURO OLIVARES-REBOLLAR, ) | |
| ) | |
| Defendant ) | |

WAIVER OF CERTIFIED SPANISH INTERPRETER

I have been advised by the Court, pursuant to the Certified Interpreters Act, 28 U.S.C. Section 1827, of my right to the services of a Certified Spanish Interpreter, when one is reasonably available, at all court proceedings in this case. I understand this right and agree to **WAIVE (GIVE UP)** this right and consent to the use of the services of a Spanish Interpreter who is not certified under the Certified Interpreters Act, 28 U.S.C. Section 1827, at all proceedings in this case.

*Lauro Olivares*
DEFENDANT

_____
COUNSEL FOR DEFENDANT

DATE: 0/7/2023

# En la Corte del Distrito de los Estados Unidos para el Distrito Oeste de Missouri

| Estados Unidos de América, | ) |
|---|---|
| Demandante, | ) |
| v. | ) No. de Caso: 23mj00096-LMC |
| LAURO OLIVARES-REBOLLAR, | ) |
| Acusado. | ) |

## Rechazo de Interprete Autorizado de Español

He sido informado por este Tribunal, según el Acto de Interpretes Autorizados, 28 U.S.C. § 1827, sobre mi derecho a recibir los servicios de un Interprete Autorizado de Español, cuando esta uno razonablemente disponible, en todo proceso de este caso. Entiendo este derecho y estoy de acuerdo a **RECHAZAR (RENUNCIAR)** este derecho y doy consentimiento al uso de los servicios de un interprete de Español que no esta autorizado según el Acto de Interpretes Autorizados, 28 U.S.C. §1827, durante todo el proceso de este caso.

_Lauro Olivares_
Acusado

_____
Licenciado de Acusado

Fecha: 8/7/2023