IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

        Plaintiff,

-vs-                                        Case No. 23-mj-00096-LMC

LAURO OLIVARES-REBOLLAR,

        Defendant.

## ORDER APPOINTING CRIMINAL JUSTICE ACT COUNSEL

The above-named defendant, having appeared before the Court on August 7, 2023, and not having waived counsel, it is

ORDERED that Laura E. O'Sullivan, Benjamin Law Firm, 8427 Clint Drive, Belton, MO, 64012, Phone: 816-281-5460 be, and is hereby, appointed to represent the defendant before the United States Magistrate Judge and in all proceedings thereafter unless and until relieved by order of the United States District Court for the Western District of Missouri.

                                          /s/ Lajuana M. Counts
                                          LAJUANA M. COUNTS
                                          UNITED STATES MAGISTRATE JUDGE

Kansas City, Missouri
August 7, 2023